Paul Carlos Southwick (ISB No. 12439)
Emily Myrei Croston (ISB No. 12389)
ACLU OF IDAHO FOUNDATION
P.O. Box 1897
Boise, ID 83701
Tel: (208) 344-9750
psouthwick@acluidaho.org
ecroston@acluidaho.org

Joanna Cuevas Ingram*
Kevin Siegel*
NATIONAL IMMIGRATION LAW CENTER
P.O. Box 34573
Washington, D.C. 20043
Tel: (213) 639-3900
cuevasingram@nilc.org
siegel@nilc.org

Tanya Broder*
NATIONAL IMMIGRATION LAW CENTER
3450 Wilshire Blvd. No. 108-62
Los Angeles, CA 90010
Tel: (213) 639-3900
broder@nilc.org

Seth D. Levy (ISB No. 10703)
Vincent C. Capati*
Jacqueline D. Relatores*
NIXON PEABODY LLP
300 South Grand Avenue, Suite 4100
Los Angeles, CA 90071-3151
Tel: (213) 629-6000
slevy@nixonpeabody.com
vcapati@nixonpeabody.com
jrelatores@nixonpeabody.com

Brian J. Whittaker*
NIXON PEABODY LLP
799 Ninth Street, N.W., Suite 500
Washington, D.C. 20001
Tel: (202) 585-8000
bwhittaker@nixonpeabody.com

Nikki Ramirez-Smith (ISB No. 9030)
Casey Parsons (ISB No. 11323)
Talia Burnett*
Neal Dougherty*
RAMIREZ-SMITH LAW
444 W. Iowa Ave.
Nampa, ID 83686
Tel: (208) 461-1883
nsmith@nrsdt.com
cparsons@nrsdt.com
tburnett@nrsdt.com
ndougherty@nrsdt.com

*Motion for *pro hac vice* admission forthcoming
*Attorneys for Plaintiffs (additional counsel identified on the following page)*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| ABBY DAVIDS, MD, *et al.*,<br>　　　*Plaintiffs*,<br><br>v.<br><br>ALEX ADAMS, in his official capacity as Director of the Idaho Department of Health and Welfare, *et al.*,<br>　　　*Defendants*. | Case No. 1:25-cv-00334-AKB<br><br>**PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

1

Alvaro Cure Dominguez*
NIXON PEABODY LLP
70 West Madison, Suite 5200
Chicago, IL 60602-4378
Tel: (312) 977-4400
acuredominguez@nixonpeabody.com

Plaintiffs move this court to certify a class action pursuant to Fed. R. Civ. P. 23. This motion is based on the attached memorandum of law in its support and declarations.

Plaintiffs have concurrently filed a motion for a temporary restraining order ("TRO"), preliminary injunction, and provisional class certification, which references the class certification arguments advanced in the memorandum of law attached to this motion. *See* Pls. Mem. ISO Mot. TRO, Prelim. Inj., Provisional Class Cert. ("TRO Mem.") 18-19. Plaintiffs ask that the court consider the arguments in the accompanying memorandum in considering their concurrently filed motion for a TRO, preliminary injunction, and provisional class certification.

Dated: June 26, 2025                                    Respectfully submitted,

*/s/ Emily Myrei Croston*
Emily Myrei Croston (ISB No. 12389)
ACLU of Idaho Foundation

## CERTIFICATE OF SERVICE

   I CERTIFY that on June 26, 2025, I served a copy of the foregoing documents by electronic mail to the following person, who has agreed to accept service on behalf of all defendants:

James Craig, Division Chief
Civil Litigation and Constitutional Defense
Office of the Idaho Attorney General
700 W. Jefferson Street
Boise, ID 83720-0010
James.craig@ag.idaho.gov

Dated: June 26, 2025        Respectfully submitted,

                */s/ Emily Myrei Croston*
                Emily Myrei Croston (ISB No. 12389)
                ACLU of Idaho Foundation