RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

DAVID J. MYERS, ISB #6528
MEGAN ANDERSON, ISB# 10094
Deputy Attorneys General
Office of the Attorney General
P.O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
david.myers@ag.idaho.gov
megan.anderson@ag.idaho.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ABBY DAVIDS, MD, K.P., N.R., F.F., J.A.O.G., and JOHN DOE,<br><br>*Plaintiffs*,<br><br>v.<br><br>ALEX ADAMS, in his official capacity as Director of the Idaho Department of Health and Welfare, MIREN UNSWORTH, in her official capacity as the Deputy Director of IDHW in charge of Health & Human Services, ELKE SHAW-TULLOCH, in her official capacity as the administrator of IDHW's Division of Public Health, ANGIE BAILEY, as Director of the Idaho Bureau of Rural Health & Primary Care, RAÚL LABRADOR, in his official capacity as the Attorney General of Idaho,<br><br>*Defendants*. | Case No. 1:25-cv-00334-AKB<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY** |

On July 10, 2025, the U.S. Department of Health and Human Services announced and published on its website the text of a rescission and replacement of its 1998 interpretation of the term "Federal public benefit," 63 Fed. Reg. 41658 (Aug. 4, 1998) ("1998 interpretation"). Both parties have discussed the 1998 interpretation in their briefs [Dkt. 2-1 at 11, 22; Dkt. 20 at 11–12]. The text of the new interpretation ("2025 interpretation"), as published on the HHS website,[1] is attached to this Notice as Exhibit 1.

Defendants call to the Court's attention these statements in the 2025 interpretation:

> Public health assistance . . . for testing and treatment of symptoms of communicable diseases . . . , 8 U.S.C. § 1611(b)(1)(C), very much is a "Federal public benefit." *Contra* 63 FR at 41660.

Ex. 1 at 16.

> Even if PRWORA and related regulatory activity do not mandate an entity to conduct verification of the immigration status of a person applying for benefits, nothing in the statute prohibits such an entity from conducting verification. *See* 8 U.S.C. § 1642. Pending further regulation and/or guidance on the situations in which verification is required, all entities that are part of HHS's administration of public benefits should pay heed to the clear expressions of national policy described above.

*Id.* at 19.

> The Department anticipates that numerous unqualified aliens will no longer receive benefits under Federally funded programs due to this notice. This is a necessary result of the Department's obligation to comply with the law. It is also necessary to remedy the corresponding harm of the denial of limited benefits to those U.S. citizens and qualified aliens who otherwise would receive benefits to which they are entitled, but for them being provided to unqualified aliens. In addition, HHS is concerned that the provision of Federal public benefits to unqualified aliens incentivizes increased illegal immigration, compounding the problem over time, of unqualified aliens increasingly unlawfully drawing down and crowding out benefits reserved for U.S. citizens and qualified aliens.

*Id.* at 20.

---

[1] Available at https://www.hhs.gov/sites/default/files/prwora-notice.pdf.

DATED: July 11, 2025

STATE OF IDAHO
OFFICE OF THE ATTORNEY GENERAL


/s/ *David J. Myers*
DAVID J. MYERS
Deputy Attorney General

*Attorney for Defendants*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on July 11, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Paul Carlos Southwick
psouthwick@acluidaho.org

Seth D. Levy
slevy@nixonpeabody.com

Emily Myrei Croston
ecroston@acluidaho.org

Vincent C. Capati*
vcapati@nixonpeabody.com

Joanna Cuevas Ingram*
cuevasingram@nilc.org

Jacqueline D. Relatores*
jrelatores@nixonpeabody.com

Kevin Siegel*
siegel@nilc.org

Brian J. Whittaker*
bwhittaker@nixonpeabody.com

Tanya Broder*
broder@nilc.org

Nikki Ramierez-Smith
nsmith@nrsdt.com

Casey Parsons
cparsons@nrsdt.com

Talia Burnett*
tburnett@nrsdt.com

Neal Dougherty*
ndougherty@nrsdt.com

*Attorneys for Plaintiffs*

*Motion for pro hac vice forthcoming*

/s/ *David J. Myers*
DAVID J. MYERS