RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

DAVID J. MYERS, ISB #6528
MEGAN ANDERSON, ISB# 10094
Deputy Attorneys General
Office of the Attorney General
P.O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
david.myers@ag.idaho.gov
megan.anderson@ag.idaho.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ABBY DAVIDS, MD, K.P., N.R., F.F., J.A.O.G., and JOHN DOE, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEX ADAMS, in his official capacity as Director of the Idaho Department of Health and Welfare, MIREN UNSWORTH, in her official capacity as the Deputy Director of IDHW in charge of Health & Human Services, ELKE SHAW-TULLOCH, in her official capacity as the administrator of IDHW's Division of Public Health, ANGIE BAILEY, as Director of the Idaho Bureau of Rural Health & Primary Care, RAÚL LABRADOR, in his official capacity as the Attorney General of Idaho, <br><br> *Defendants*. | Case No. 1:25-cv-00334-AKB <br><br> **MOTION TO DISMISS CLASS ACTION COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF [DKT. 1]** |

Defendants hereby move to dismiss this action under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). This motion is supported by the concurrently filed memorandum in support.

DATED: August 29, 2025

        STATE OF IDAHO
        OFFICE OF THE ATTORNEY GENERAL

        /s/ *David J. Myers*
        DAVID J. MYERS
        Deputy Attorney General

        *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on August 29, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Paul Carlos Southwick<br>psouthwick@acluidaho.org | Seth D. Levy<br>slevy@nixonpeabody.com |
| Emily Myrei Croston<br>ecroston@acluidaho.org | Vincent C. Capati*<br>vcapati@nixonpeabody.com |
| Joanna Cuevas Ingram*<br>cuevasingram@nilc.org | Jacqueline D. Relatores*<br>jrelatores@nixonpeabody.com |
| Kevin Siegel*<br>siegel@nilc.org | Brian J. Whittaker*<br>bwhittaker@nixonpeabody.com |
| Tanya Broder*<br>broder@nilc.org | Nikki Ramierez-Smith<br>nsmith@nrsdt.com |
| Casey Parsons<br>cparsons@nrsdt.com | Talia Burnett*<br>tburnett@nrsdt.com |
| Neal Dougherty*<br>ndougherty@nrsdt.com | |

*Attorneys for Plaintiffs*          *pro hac vice

/s/ *David J. Myers*
DAVID J. MYERS